UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIGURD J. HANSEN, *et al.*,<br><br>  Defendants. | Case No. C19-1772RSL<br><br>ORDER DENYING DEFENDANT SIGURD J. HANSEN'S MOTION TO STAY |

This matter comes before the Court on Defendant Sigurd J. Hansen's Motion to Stay, Dkt. # 12. Having reviewed the submissions of the parties,[1] the motion is DENIED insofar as it pertains to the coverage defenses set forth in Safeco's Motion for Partial Summary Judgment, Dkt. # 19. The Court will consider Safeco's Motion for Partial Summary Judgment, to the extent it is based on the allegations of the complaint in the underlying action and will not require the resolution of any factual matters. The Clerk of Court is directed to note the pending Motion for Partial Summary Judgment, Dkt. # 19, on the Court's calendar for the Friday, March 27, 2020.

//

---

[1] The Court has considered Safeco's late response. Jared Kiess and Michael A. Guadagno of Bullivant Houser Bailey shall, however, file an explanation for their late submission within seven days of the date of this Order.

ORDER DENYING DEFENDANT
HANSEN'S MOTION TO STAY

PAGE 1

Discovery and further litigation regarding coverage defenses that are not the basis for Safeco's pending Motion for Partial Summary Judgment are hereby STAYED.

Dated this 4th day of March, 2020.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE