THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire insurance company,

Plaintiff,

v.

SIGURD J. HANSEN, an individual, and MELISSA ECKSTROM, an individual,

Defendants.

No. 2:19-cv-01772-RSL

ORDER GRANTING PLAINTIFF SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO STAY

This matter comes before the Court on Plaintiff Safeco Insurance Company of America's ("Safeco") Motion to Stay. The motion is unopposed. Being fully informed, it is hereby ORDERED that Safeco's Motion to Stay is GRANTED. This case is hereby STAYED.

The Clerk of Court is directed to enter a statistical termination in the above-captioned matter for the sole purpose of removing the case from the Court's active caseload. Within fourteen days of the final adjudication of the underlying state court action, *Eckstrom v. Hansen*,

//

ORDER GRANTING PLAINTIFF SAFECO INSURANCE COMPANY'S      PAGE 1
MOTION TO STAY

1    King County Superior Court Cause No. 16-2-12120-9, the parties shall file a joint status report

2    indicating whether further proceedings are necessary in this action and, if so, when the matter

3    will be ready for trial.

4

5         Dated this 12th day of May, 2020.

6                                              *Mht S Casnik*
                                               ROBERT S. LASNIK
7                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF SAFECO INSURANCE COMPANY'S      PAGE 2
MOTION TO STAY